February 5,2023

The Honorable Judge Colleen Kollar-Kotelly

United States District Court Judge

Re: US vs Ashcroft

Dear Judge Kollar-Kotelly,

I met Neil Ashcroft in 2007. We worked together for the same propane delivery company. Neil had a CDL license with HAZMAT certification and delivered propane to our district customers. I was one of three sales representatives.

Neil met his wife Shelly Varney at our office and we all became friends. Their children and my grandchildren are close in age, so we celebrated many birthdays, beach outings and July 4th activities together.

After Neil left the company in 2014, he worked for another propane company and also started working in home renovations. I hired Neil to do work at my home. He gave me a written estimate for the work to be done and stuck to the cost!  I miss that he's no longer nearby to do other work I need done around the house!

Neil was very proud of his service in the US Marines. Several years ago he went on a diet, so he could fit into his uniform to wear on Veteran's Day. He wanted his children to see him in uniform and posted his picture on Facebook. I have always respected Neil for his service to our country and I am proud to call him friend!

Respectfully,

Becky Polk

The Honorable John D. Bates

United States District Court Judge

District of Columbia

333 Constitution Avenue, N.W.

Washington D.C. 20001

Re: U.S. vs. Shelly Varney

Dear Judge John D. Bates,

It has been my honor and pleasure knowing Shelly her whole life as she is my daughter.  She has been my rock through an abusive marriage and cancer twice.

When I got cancer the first time, she was there for me through chemo, radiation and reconstruction surgery.  She would take me to my appointments and twenty-four years later, I was diagnosed with cancer again and was there for me exactly the same.

After 37 years of an abusive marriage, (abusive to me and my children) and being out of the workforce for five years she invited me to live with her.  I was able to take my time looking for another job while I was able to be a grandma and helped take care of my grandson.  Once I was able to find employment I ended up moving into my own space again, but my daughter always made sure I had food in the pantry and was taken care of.

Years later I ended up moving back in with her and her husband after I retired and ended up being able to just be a grandma and helping with the grandkids. Time has made it to where I am unable to drive though and now my daughter also makes sure I make it to all my doctors appointments.

Not only is my daughter my rock but she is also a rock to the family.  With her husband being an over the road truck driver, she is able to run the household, take care of her three kids and make sure I make it to all my appointments.

I'm not sure exactly how to put into words all that my daughter means to me and all that she does for me, but she is my very best friend that I have been able to have my whole life.

Thank you, Your Honor, for the consideration of my testimony to the character of Shelly Varney.

Sincerely,

Carol Varney

The Honorable John D. Bates

United States District Court Judge

District of Columbia

333 Constitution Avenue, N.W.

Washington D.C. 20001

Re: U.S. vs. Shelly Varney

Dear Judge Bates,

My name is Neil Ashcraft and Shelly is my wife. I met Shelly in 2010 while we were employed by the same company but in different departments. Shortly before meeting her, I had received a life altering diagnosis resulting in a suicide attempt and was in a downward spiral of self-destruction. I truly believed that my life was over, and I did not deserve any type of happiness.

Shelly had relocated to Florida and was living with her mother and son. She had recently become a single mother and along with those responsibilities she ensured that her mother was well cared for. After several months she began to let down some of her barriers and I realized what an amazing woman she is. Shelly was doing the job of 2 parents following her divorce, managing homework and extra curriculars, working full time, and maintaining the household. With all this responsibility she took on another project; me.

She believed that I was worth saving when I didn't. She showed the greatest compassion, love, and patience that I had ever known. I did not know how to handle someone caring for me as deeply. I was scared and my initial reaction was to push her away. She remained steadfast and was finally able to convince me that not only was my life worth living but I deserved happiness. Walls that we had both built throughout tough life experiences began to come down and our relationship began to blossom. I fell madly in love with her and began paying much closer attention to what type of role model I was going to be for her son Carlos. He became my little buddy and is now a young adult about to graduate high school with honors.

In 2013 we were married in a small ceremony and the following year our son Mason was born. We were devastated by a miscarriage in 2015 but celebrated the birth of our daughter Reagan in 2016. Throughout the ups and downs her faith has been unwavering. Numerous members of our extended family, on my side and hers, have let us let us down. With every good and bad event, she always cites God's plan and moves forward with the strength of her faith carrying her. She renewed her devotion to God in 2021 setting the example for our oldest son, her mother, and her niece who were all saved. after more than a decade of denying Christ I was also saved in 2022. Her faith has become our faith and has made our entire family stronger.

Today she saddles the entire responsibility of the household while I have to travel for weeks at a time for work. Again she handles everything for our 2 youngest including school, homework, baseball

practice, tumbling and gymnastics, and family outings. She still ensures that her mother is cared for since she can no longer drive or work. She also mentors her niece who, at the age of 19 and pregnant, was abandoned by her parents. Shelly worked tirelessly to ensure Brooke had housing and medical care for her baby. With Shelly's guidance Brooke has a happy and healthy baby boy, has gotten married, and is expecting another child. They talk almost daily and Brooke often asks for the advice that she didn't receive growing up. Shelly has become the mother that she needed. Brooke's Husband will be deploying soon and, with Shelly's assistance, will be relocating to Oklahoma to be closer to our family while hers grows.

Shelly is everything to me and I cherish everything about her. I truly believe that I would not be alive today if it weren't for her. She is the embodiment of the type of woman I want my daughter to become, and the type of woman I want my sons to be with. I am proud to call her my wife and mother of my children.

Thank you, Your Honor, for the consideration of my testimony to the character of Shelly Varney.

Sincerely,

Neil Ashcraft

348 Brighton Woods Drive

Pooler, GA  31322

February 20, 2023

The Honorable John D. Bates

United States District Court Judge

District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C.  20001

Re: U.S. vs. Shelly Varney

Dear Judge Bates:

I have known Shelly Varney since 2001 and am writing to you so you may gain some information on her character.

Shelly and I worked together in the hotel industry when we met.  We both left the hotel business and wound up at a meeting planning company a year later where we worked together in operations. She was a very hard worker, diligently putting every single detail into everything she touched.  Her main drive was client satisfaction.  I come from a family business and was pleased to work next to someone with the same work integrity and beliefs.  Meeting and event planning is a high stress business, so many things can turn upside down in one moment, but we always rolled with the punches.  I had a medical emergency one day at work and before I knew it I was in the front seat of her car racing to the emergency room.  She jumped in and took care of me without hesitation, and this is what really began our friendship.

Shelly really is a fantastic mom.  Her oldest son just graduated high school with his two-year college degree.  Her two younger children are equally as bright and inquisitive.  She has taught these kids that nothing comes free and you must work for things that are important.  She is definitely a mother who does not find it necessary to be her children's friend.  While my sons are now grown, she and I share(d) the same ways of parenting with the goal of independent and respectful kids.  They are all well-rounded, and Shelly is sure to expose them to new things and activities.  It's never about money with Shelly.  It's about experiences and memories, and that is true with her friends as well as their kids.

I've been lucky to have the opportunity to spend quite a bit of time with her and her family over the years.  We both lived in Orlando for quite some time and while life was busy while she was raising a family and I was working ridiculous

hours, she'd still make time for a visit.  Their home was so full of life - full of kids, full of dogs, extended family living with them and friends around all the time.  The refrigerator was always covered with preschool artwork, coupons and photos.  It was always a loud house and always full of laughing and love.

Shelly is a no BS gal and a completely open book.  There's not any topic that's off the table, never a time to wonder if she's happy or offended or upset.  She wears her heart on her sleeve and is very compassionate and empathetic to everyone.  She speaks her mind and doesn't embellish.  I always know what I'll get with Shelly, and that is complete honesty, even if it might sting a bit.

She and Neil have built a beautiful life for their family, now out west, but her life was not always easy.  She went through quite a difficult time 15+ years ago which left her as a single mom.  Her son was always her first priority, and everyone knew it.  She worked hard to give him a good life and kept friends and family around all the time, to share day-to-day life with and also as a support system.  She has had to make some serious decisions in her life and has always chosen the outcome based on how her family would be affected.  Now with two more kids in elementary school, Shelly really is one of the best parents I've been around.

Honestly, for me personally, I couldn't imagine a better friend.  Always making time for our friendship, get togethers when time allowed, always there with sound advice.  Her kindness and drive in life make me want to be just like her.  She's the first to lend a hand and the last to utter mean words.  She is reliable and true, someone I would trust with my life.  She has a strong belief in what is real and good and is always positive and looking forward.  She is motivated towards living her best life and taking the ones she loves with her. Most of all she is a tender and loyal person who loves God and her family with all her heart.  I am honored to be her friend.

Her presence in Washington D.C. two years ago is a result of all these character traits.  In a world that has been chaotic for quite some time, people want it to be better.  People who are responsible.  People with pride who are reliable and true.  People who are motivated and dedicated towards a legacy of something better for their family.  People who have faith, especially in God.  People like Shelly Varney

Your Honor, thank you for taking time to read my letter and taking this information into consideration while you deliberate on an appropriate sentence.

Respectfully,

Sharon Johnson

The Honorable John D. Bates

United States District Court Judge

District of Columbia

333 Constitution Avenue, N.W.

Washington D.C. 20001

Re: U.S. vs. Shelly Varney

Dear Judge John D. Bates,

I have known Shelly and her husband Neil since the beginning of 2020. They have demonstrated to be wonderful parents to their three children and are building a home on godly character and love. Shelly has a servant's heart, and even took in her niece Brooke who was pregnant and had no-where to go. Shelly and her mom took Brooke to all her doctors' appointments and made sure she had a healthy pregnancy and was well cared for and loved. Shelly's mom was also living with them at the time, and everyone contributed to the home.

 Shelly and I attended Grace Homeschoolers co-op together, as well as Starlight Baptist Church in Winter Springs, Fl. We have gotten our families together for several fieldtrips, beach days, birthday parties and park playdates. While at Starlight Baptist Church, I watched Shelly's son CJ, niece Brook, and then Shelly herself all accept Jesus as their Lord and Savior. Later, Neil came to know the Lord as well. I was witness to each one of them making a verbal proclamation of faith, and then getting baptized. Their family would attend church every week, including mid-week services, and make sure that they and their children were involved in all the activities our church put on. I could see God working in their lives.

I've been to their home several times, and it was always a place of peace for me and excitement for the kids. My children would play outside with theirs and we would sit out on the porch watching them while eating, talking about life, camping, and recipes. Neil was working on renovating their home, and had spent long hours redoing their bathroom, turning their garage into an extra room, and so much more.

Shelly was working from home and spent much of her time homeschooling the kids and making sure they had the very best education and enrichment. Shelly has been fully invested in her children's lives, and is an incredible mom. One look at them will quickly show how well-rounded and loved they are.

Shelly has been a very precious friend to me over these past few years. She has been someone I can turn to when I need good advice, a listening ear when I need to rant, and loving friend when I just needed a hug and some girl time. My life has been enriched since she and her family have entered it. I have seen their family continue grow in their love and a servant's mentality as they walk in the faith and leading of the Lord in their lives.

Thank you, Your Honor, for the consideration of my testimony to the character of Shelly Varney.

Sincerely,

Amber Carroll



**Districts 5 & 24 Medical Examiner's Office**
Citrus, Hernando, Lake, Marion, Sumter & Seminole Counties
809 Pine Street
Leesburg, FL 34748
Ph# (352) 326-5961    Fax# (352) 365-6438

February 8, 2023

The Honorable John D. Bates
United States District Court Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Varney, Shelly

Dear Judge Bates:

Shelly Varney, who has pled guilty to serious charges before Your Honor, asked me to write a character reference letter on her behalf. It is my pleasure to do so.

I have known Ms. Varney and her family for slightly more than 4 years since her husband, Neil Ashcraft, joined my office in August, 2018 as a forensic investigator. I am a forensic pathologist serving as the Chief Medical Examiner for Florida's Districts 5 & 24 Medical Examiner's Office, which provides medicolegal death investigation services for six counties in Central Florida.

Because of common backgrounds, my husband and I came to know Ms. Varney and her husband personally. My husband, Peter W. Person, is now retired from his position as a Troop Commander for the New York State Police and also served in the United States Marine Corps during the Vietnam War and I began my career in forensic pathology as the Director of Forensic Medicine for the Medicolegal Investigation Unit of the New York State Police. Mr. Ashcraft served in the Marine Corps as a Military Police Officer. I can state without reservation that Ms. Varney has the highest ethical and moral standards, in addition to a great love of her country. She has been very open about the actions that brought her before Your Honor. She takes full responsibility for those actions and is deeply remorseful and ashamed of them.

Ms. Varney has an Associates degree in Business and Information Management. She is a competent professional, with expertise in business management, information technology and human resources and experience as a leader in management positions. However, her

family has always received her greatest devotion. I have had the opportunity to observe Shelly with her husband and family, which includes an 18 year old son and two young children who will rely on their mother's love and influence, which will be very important as they mature. She is an outstanding parent whose family is the main focus of her life.

Please feel free to contact me if I can provide any additional further information.

Respectfully,

*Barb Wolf, M.D.*

Barbara C. Wolf, M.D.
Chief Medical Examiner
Districts 5 & 24
State of Florida